# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
NOV 30 PM 4: 36

---

UNITED STATES OF AMERICA,

v.

DEVON CRAFT

# CR 06  0776

**E-Filing**

DEFENDANT.

**MHP**

---

## INDICTMENT

---

A true bill.

_____
Foreman

Filed in open court this 30th day of
November, 2006

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail arrest warrant



AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED** ||  |
| 18 U.S.C. § 844(e)- Threats to Destroy Property by Explosives | ☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony | **DEFENDANT - U.S.**<br>▶ DEVON CRAFT<br><br>DISTRICT COURT NUMBER<br><br>**CR 06 0776** |
| PENALTY:<br>Please see PENALTY SHEET ATTACHMENT ||  |

**MHP**

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM        KEVIN V. RYAN
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   NATHANAEL COUSINS

**DEFENDANT**
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges       ☐ Fed'l  ☑ State
   If answer to (6) is "Yes", show name of institution
   Santa Rita Jail

Has detainer been filed?   ☐ Yes  ☐ No     If "Yes" give date filed

DATE OF ARREST ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount:
   If Summons, complete following:
   ☐ Arraignment  ☐ Initial Appearance
   Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

UNITED STATES v. DEVON CRAFT,

21 U.S.C. § 844(e) – Class C Felony

Maximum Prison Term: 10 years (18 U.S.C. § 844(e)))

Maximum Fine: $250,000 (18 U.S.C. § 3571(b)(3))

Supervised Release: 3 year maximum (18 U.S.C. § 3583(b))

Restitution:  As determined by the Court (18 U.S.C. §§ 3663 and 3663A)

Mandatory Special Assessment: $100 (18 U.S.C. § 3013(a)(2)(A))

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3
4
5
6
7                              **E-Filing**
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,      )   CR 06    0776
                                   )
13          Plaintiff,              )
                                   )   VIOLATIONS: 18 U.S.C. § 844(e) –
14      v.                         )   Threats to Destroy Property by Explosives
                                   )
15                                 )   SAN FRANCISCO VENUE
    DEVON CRAFT,                   )
16                                 )
           Defendant.              )
17  _____ )
18
19                          INDICTMENT
20      The Grand Jury charges:
21  COUNT ONE: 18 U.S.C. § 844(e)
22      On or about July 13, 2006, in the Northern District of California, the defendant,
23                              DEVON CRAFT,
24  did knowingly and willfully make a threat by telephone to kill, injure, or intimidate an
25  individual, or unlawfully to damage or destroy a building, vehicle, or real or personal property,
26  by means of fire or an explosive, in violation of Title 18, United States Code, Section 844(e).
27  ///
28  ///

INDICTMENT

1 | COUNT TWO: 18 U.S.C. § 844(e)

2 On or about July 14, 2006, in the Northern District of California, the defendant,

3 DEVON CRAFT,

4 did knowingly and willfully make a threat by telephone to kill, injure, or intimidate an

5 individual, or unlawfully to damage or destroy a building, vehicle, or real or personal property,

6 by means of fire or an explosive, in violation of Title 18, United States Code, Section 844(e).

10 | DATED: Nov 30, 2006                     A TRUE BILL.

12 | FOREPERSON

13 | KEVIN V. RYAN
United States Attorney

16 | JONATHAN SCHMIDT
Deputy Chief, Major Crimes Section

18 | (Approved as to form: 
SAUSA NATHANAEL COUSINS

INDICTMENT                                    2