1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CRAFT
6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   No. CR-06-0776 MHP
                                   )
11          Plaintiff,             )   STIPULATION AND [PROPOSED]
                                   )   ORDER TO CONTINUE SENTENCING
12      v.                         )   HEARING
                                   )
13  DEVON CRAFT,                   )
                                   )
14          Defendant.             )
    _____)
15

16     A sentencing hearing in the above-captioned case is scheduled before this Court for

17  Monday, June 16, 2008 at 10:00 am. While defense counsel believes that a mental health

18  evaluation of the defendant is warranted prior to his sentencing, such an evaluation will not be

19  completed in the time available. Therefore, the parties jointly request that the sentencing hearing

20  be continued to September 15, 2008 at 10:00 am. Defense counsel has spoken with the

21  defendant about the need for this continuance, and he is in agreement with this request.

22  Additionally, U.S. Probation Officer Christina Carrubba does not object to this continuance and

23  is available on September 15th.

24  ///

25  ///

26  ///

CR-06-0776 MHP;
STIP & [PROPOSED] ORD. TO CONTINUE
SENTENCING HEARING                             1

Accordingly, the parties hereby jointly stipulate to continue the sentencing hearing in this matter to September 15, 2008 at 10:00 am.

IT IS SO STIPULATED.

\_\_\_\_5/28/08_____  _____/s/_____
DATED                                              DEREK OWENS
                                                              Assistant United States Attorney

\_\_\_\_5/28/08_____  _____/s/_____
DATED                                              JODI LINKER
                                                              Assistant Federal Public Defender

IT IS SO ORDERED.

May 28, 2008
DATED

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / signature / Judge Marilyn H. Patel]*