STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant CRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 06-776 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | |
| DEVON CRAFT, | |
| Defendant. | |

Defendant Devon Craft has a pending petition for an alleged violation of his conditions of supervised release. The primary basis for that alleged violation are charges that have been filed in Alameda County Superior Court. Mr. Craft is currently in state custody on those charges, and is being housed at the Santa Rita Jail. Mr. Craft's state case has yet to resolve and his next appearance in state court is scheduled for September 28, 2015. At the last appearance before this Court, the Court ordered defense counsel to prepare a stipulation to continue the matter if the state case had not resolved. Accordingly, the parties now jointly request that the status conference presently scheduled for September 22, 2015 be continued to November 10, 2015 at 2:15 pm.

SO STIPULATED.

__September 17, 2015__  
Date

_____/s/_____  
DEBORAH DOUGLAS  
Assistant U.S. Attorney

__September 17, 2015__  
Date

_____/s/_____  
JODI LINKER  
Attorney for Defendant

IT IS SO ORDERED.

September 18, 2015.

_____  
WILLIAM H. ALSUP  
United States District Judge

*US v. Craft*, Case No. 06-776 WHA;  
Stip & [Proposed] Order to Continue        2